Craig L. Meadows, ISB No. 1081
Steve Wieland, ISB No. 8282
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5238
Email: cmeadows@hawleytroxell.com
         swieland@hawleytroxell.com

Attorneys for Defendant Arrow Aviation, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,<br><br>    Plaintiffs,<br><br>vs.<br><br>HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S., INC., THE TIMKEN COMPANY, ROLLS-ROYCE CORPORATION,<br><br>    Defendants.<br><br>CRAIG WHITE and BETHANY WHITE, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN | Case No. 3:cv-12-06-REB<br><br>ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] |

ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] - 1

ALCOR AEROSPACE TECHNOLOGIES, )
INC., a foreign Arizona company; H.E.R.O.S., )
INC., a California corporation; ARROW )
AVIATION, LLC, a Louisiana limited liability )
company; 11 AEROSPACE LLC, an Arizona )
limited liability company, doing business as )
ASI SERVICES; RICHARD C. SWISHER; )
JOHN OR JANE DOES 1-X; and DOE )
CORPORATIONS, XI-XX, )
                              Defendants. )

GEORGE PAULEY, )
                              Plaintiff, )

vs. )

QUICKSILVER AIR, INC., an Alaska )
corporation; THE TIMKEN COMPANY, an )
Ohio corporation, doing business as TIMKEN )
ALCOR AEROSPACE TECHNOLOGIES, )
INC., a foreign Arizona company; H.E.R.O.S., )
INC., a California corporation; ARROW )
AVIATION, LLC, a Louisiana limited liability )
company; 11 AEROSPACE LLC, an Arizona )
limited liability company, doing business as )
ASI SERVICES; RICHARD C. SWISHER; )
JOHN OR JANE DOES 1-X; and DOE )
CORPORATIONS, XI-XX, )
                              Defendants. )

      Defendant Arrow Aviation, LLC, by and through its counsel of record, Hawley Troxell Ennis & Hawley, hereby gives notice that it shall not oppose Defendant 11 Aerospace, LLC's Motion for Extension of Time to File an Answer or Motion to Dismiss for Lack of Personal Jurisdiction, filed as Docket No. 50 in the above-captioned matter.

ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] - 2

46095.0001.5446319.1

DATED THIS <u>14th</u> day of November, 2012.

                                              HAWLEY TROXELL ENNIS & HAWLEY LLP

                By           /s/
                      Steve Wieland, ISB No. 8282
                      Attorneys for Defendant Arrow Aviation, LLC

ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] - 3

46095.0001.5446319.1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of November, 2012, I electronically filed the foregoing ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Darrel W. Aherin                                     ara@aralawoffice.com
AHERIN, RICE & ANEGON
1212 Idaho Street
PO Box 698
Lewiston, ID 83501-0698
[*Attorney for Plaintiffs Craig White and Bethany White and George Pauley*]

Jared A. Steadman                                    jsteadman@merrillandmerrill.com
Kent L. Hawkins                                      khawkins@merrillandmerrill.com
MERRILL & MERRILL
PO Box 991
Pocatello, ID 83204
[*Attorneys for H.E.R.O.S., Inc.*]

Mark S Geston                                        msgeston@stoel.com
STOEL RIVES LLP
101 South Capitol Boulevard, Suite 1900
Boise, ID 83702-5958
[*Attorneys for The Timken Co. and Timken Alcor Aerospace Technologies, Inc.*]

Michael W. Moore                                     mike@mbplaw.com
MOORE & ELIA, LLP
PO Box 1617
Boise, ID 83707
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

Charles Carpenter                                    carpentec@carpenterlawfirmplc.com
CARPENTER LAW FIRM PLC
210 North Higgins Avenue – Suite 336
Missoula, Montana   59802
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] - 4


Jonathan Kagan (*Pro Hac Vice*)  jkagan@bkglawfirm.com
F. Joseph Gormley  fjgormley@bkglawfirm.com
BALDWIN, KAGAN & GORMLEY, LLC
112 West Street
Annapolis, Maryland   21401
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

William Spencer Cline  wscline@day-ketterer.com
DAY KETTERER
200 Market Ave. N #300
Canton, OH 44702
[*Attorneys for Defendant Timken Co. and Timken Alcor Aerospace Technologies*]

                                        /s/
                                        Steve Wieland

ARROW'S NOTICE OF NON-OPPOSITION TO 11 AEROSPACE, LLC'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DOC. 50] - 5

46095.0001.5446319.1