Craig L. Meadows, ISB No. 1081
Steve P. Wieland, ISB No. 8282
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5238
Email: cmeadows@hawleytroxell.com
swieland@hawleytroxell.com

Attorneys for Defendant Arrow Aviation, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,<br><br>Plaintiffs,<br><br>vs.<br><br>HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S., INC., THE TIMKEN COMPANY, ROLLS-ROYCE CORPORATION,<br><br>Defendants.<br><br>CRAIG WHITE and BETHANY WHITE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN | Case No. 3:cv-12-06-REB<br><br>NOTICE OF WITHDRAWAL OF DEFENDANT ARROW AVIATION COMPANY, LLC'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) AND 12(B)(6) |

| | |
|---|---|
| ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana limited liability company; 11 AEROSPACE LLC, an Arizona limited liability company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| GEORGE PAULEY,<br><br>    Plaintiff,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana limited liability company; 11 AEROSPACE LLC, an Arizona limited liability company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PLEASE TAKE NOTICE that Defendant Arrow Aviation, LLC gives notice that it withdraws Defendant Arrow Aviation Company, LLC's Motions To Dismiss Under Rule 12(b)(2) and 12(b)(6), filed on November 5, 2012, is Docket No. 49.

NOTICE OF WITHDRAWAL OF DEFENDANT ARROW AVIATION
COMPANY, LLC'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) AND
12(B)(6) - 2

DATED THIS  18th  day of January, 2013.

                HAWLEY TROXELL ENNIS & HAWLEY LLP


By       /s/
    Craig L. Meadows, ISB No. 1081
    Attorneys for Defendant Arrow Aviation, LLC

NOTICE OF WITHDRAWAL OF DEFENDANT ARROW AVIATION
COMPANY, LLC'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) AND
12(B)(6) - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  18th  day of January, 2013, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF DEFENDANT ARROW AVIATION COMPANY, LLC'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) AND 12(B)(6) with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Darrel W. Aherin<br>AHERIN, RICE & ANEGON<br>1212 Idaho Street<br>PO Box 698<br>Lewiston, ID 83501-0698<br>[*Attorney for Plaintiffs Craig White and Bethany White and George Pauley*] | ara@aralawoffice.com |
| Jared A. Steadman<br>Kent Hawkins<br>MERRILL & MERRILL<br>PO Box 991<br>Pocatello, ID 83204<br>[*Attorneys for H.E.R.O.S., Inc.*] | jsteadman@merrillandmerrill.com<br>khawkins@merrillandmerrill.com |
| Eric A. Amador<br>LAMONTAGUE & AMADOR, LLP<br>1401 Fulton Street, Suite 904<br>Fresno, California   93721<br>[*Attorneys for H.E.R.O.S., Inc.*] | eamador@l-a-lawoffice.com |
| Mark S Geston<br>STOEL RIVES LLP<br>101 South Capitol Boulevard, Suite 1900<br>Boise, ID 83702-5958<br>[*Attorneys for The Timken Co. and Timken Alcor Aerospace Technologies, Inc.*] | msgeston@stoel.com |
| Michael W. Moore<br>MOORE & ELIA, LLP<br>PO Box 1617<br>Boise, ID 83707<br>[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*] | mike@mbplaw.com |

NOTICE OF WITHDRAWAL OF DEFENDANT ARROW AVIATION COMPANY, LLC'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) AND 12(B)(6) - 4

Charles Carpenter  carpentec@carpenterlawfirmplc.com
CARPENTER LAW FIRM PLC
210 North Higgins Avenue – Suite 336
Missoula, Montana   59802
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

Jonathan Kagan (*Pro Hac Vice*)  jkagan@bkglawfirm.com
BALDWIN, KAGAN & GORMLEY, LLC
112 West Street
Annapolis, Maryland   21401
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

/s/
Craig L. Meadows