Craig L. Meadows, ISB No. 1081
Steve Wieland, ISB No. 8282
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5238
Email: cmeadows@hawleytroxell.com
          swieland@hawleytroxell.com

Attorneys for Defendant Arrow Aviation, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,<br><br>Plaintiffs,<br><br>vs.<br><br>HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S., INC., THE TIMKEN COMPANY, ROLLS-ROYCE CORPORATION,<br><br>Defendants. | Case No. 3:cv-12-06-REB<br><br>STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC WITHOUT PREJUDICE |
| CRAIG WHITE and BETHANY WHITE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN | |

STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC
WITHOUT PREJUDICE - 1

| | |
|---|---|
| ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana limited liability company; 11 AEROSPACE LLC, an Arizona limited liability company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| GEORGE PAULEY,<br><br>        Plaintiff,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana limited liability company; 11 AEROSPACE LLC, an Arizona limited liability company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

      Plaintiffs George Pauley, Craig White, and Bethany White, by and through their counsel of record, Aherin, Rice, & Anegon, and Defendant Arrow Aviation, LLC, by and through its counsel of record, Hawley Troxell Ennis & Hawley, LLP, hereby stipulate to dismissal of the Complaints filed as against Defendant Arrow Aviation, LLC in:

    1.    *White, et al. v. Quicksilver Air, Inc., et al.*, Case No. CV12-00009, in the Second Judicial District of the State of Idaho, removed as Case No. 3:12-cv-00366 to the U.S. District Court for the District of Idaho, and consolidated herein;

STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC
WITHOUT PREJUDICE - 2

2.  *Pauley v. Quicksilver Air, Inc., et al.*, Case No. CV11-02581, in the Second Judicial District of the State of Idaho, removed as Case No. 3:12-cv-00367 to the U.S. District Court for the District of Idaho, and consolidated herein,

without prejudice, each party to bear its own fees, expenses, and costs.

DATED THIS  18th  day of January, 2013.

        HAWLEY TROXELL ENNIS & HAWLEY LLP


By  _____/s/_____
    Craig L. Meadows
    Attorneys for Defendant Arrow Aviation, LLC

DATED THIS  18th  day of January, 2013.

        AHERIN, RICE & ANEGON


By  _____/s/_____
    Darrel W. Aherin
    Attorneys for Plaintiffs George Pauley, Craig
    White, and Bethany White

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this  18th  day of January, 2013, I electronically filed the foregoing STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Darrel W. Aherin<br>AHERIN, RICE & ANEGON<br>1212 Idaho Street<br>PO Box 698<br>Lewiston, ID 83501-0698<br>[*Attorney for Plaintiffs Craig White and Bethany White and George Pauley*] | ara@aralawoffice.com |
| Jared A. Steadman<br>Kent Hawkins<br>MERRILL & MERRILL<br>PO Box 991<br>Pocatello, ID 83204<br>[*Attorneys for H.E.R.O.S., Inc.*] | jsteadman@merrillandmerrill.com<br>khawkins@merrillandmerrill.com |
| Eric A. Amador<br>LAMONTAGUE & AMADOR, LLP<br>1401 Fulton Street, Suite 904<br>Fresno, California   93721<br>[*Attorneys for H.E.R.O.S., Inc.*] | eamador@l-a-lawoffice.com |
| Mark S Geston<br>STOEL RIVES LLP<br>101 South Capitol Boulevard, Suite 1900<br>Boise, ID 83702-5958<br>[*Attorneys for The Timken Co. and Timken Alcor Aerospace Technologies, Inc.*] | msgeston@stoel.com |
| Michael W. Moore<br>MOORE & ELIA, LLP<br>PO Box 1617<br>Boise, ID 83707<br>[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*] | mike@mbplaw.com |
| Charles Carpenter<br>CARPENTER LAW FIRM PLC | carpentec@carpenterlawfirmplc.com |

STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC
WITHOUT PREJUDICE - 4

210 North Higgins Avenue – Suite 336
Missoula, Montana  59802
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

Jonathan Kagan (*Pro Hac Vice*)    jkagan@bkglawfirm.com
BALDWIN, KAGAN & GORMLEY, LLC
112 West Street
Annapolis, Maryland  21401
[*Attorneys for Quicksilver Air, Inc./Richard C. and Sharon Swisher*]

/s/
Craig L. Meadows

STIPULATION TO DISMISS DEFENDANT ARROW AVIATION, LLC
WITHOUT PREJUDICE - 5

46095.0001.5560366.1