UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,<br><br>    Plaintiffs,<br><br>vs.<br><br>HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S., INC., THE TIMKEN COMPANY, ROLLS-ROYCE CORPORATION,<br><br>    Defendants. | Case No. 3:cv-12-06-BLW<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ARROW AVIATION, LLC |
| CRAIG WHITE and BETHANY WHITE, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana limited liability company; 11 AEROSPACE LLC, an Arizona limited liability company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>    Defendants. | |
| GEORGE PAULEY,<br><br>    Plaintiff, | |

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
ARROW AVIATION, LLC  - 1

vs. )
)
QUICKSILVER AIR, INC., an Alaska )
corporation; THE TIMKEN COMPANY, an )
Ohio corporation, doing business as TIMKEN )
ALCOR AEROSPACE TECHNOLOGIES, )
INC., a foreign Arizona company; H.E.R.O.S., )
INC., a California corporation; ARROW )
AVIATION, LLC, a Louisiana limited liability )
company; 11 AEROSPACE LLC, an Arizona )
limited liability company, doing business as )
ASI SERVICES; RICHARD C. SWISHER; )
JOHN OR JANE DOES 1-X; and DOE )
CORPORATIONS, XI-XX, )
)
Defendants. )
)

THIS MATTER having come before the Court on the Stipulation to Dismiss Defendant Arrow Aviation LLC Without Prejudice, and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that the Complaints filed as against Defendant Arrow Aviation, LLC in:

1. *White, et al. v. Quicksilver Air, Inc., et al.*, Case No. CV12-00009, in the Second Judicial District of the State of Idaho, removed as Case No. 3:12-cv-00366 to the U.S. District Court for the District of Idaho, and consolidated herein;

2. *Pauley v. Quicksilver Air, Inc., et al.*, Case No. CV11-02581, in the Second Judicial District of the State of Idaho, removed as Case No. 3:12-cv-00367 to the U.S. District Court for the District of Idaho, and consolidated herein,

and all related pending motions and matters, and the actions brought by Plaintiffs George Pauley and Craig and Bethany White, are hereby dismissed without prejudice as against Defendant Arrow Aviation, LLC, each party to pay their own costs, expenses, and attorney fees.

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
ARROW AVIATION, LLC - 2

46095.0001.5561159.1

IT IS FURTHER ORDERED, that this Order shall be deemed entered on the same date and time the Stipulation of Dismissal (docket no. 66 in CV-12-06-BLW; docket no. 40 in CV-12-366-BLW; and docket no. 37 in CV-12-367-BLW) was filed on January 18, 2013, and the Clerk shall transmit this Order along with the rest of the file to the Central District of California pursuant to the Court's decision.

DATED: January 22, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
ARROW AVIATION, LLC  - 3

46095.0001.5561159.1